IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL LYNN CASH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV 12-337-JHP-SPS |
| | ) | |
| SGT. WALLACE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

On September 4, 2012, plaintiff was granted leave to proceed *in forma pauperis* in this case and directed to make payments on his **$350.00** filing fee. The record shows that he has made three (3) payments totaling $54.13, leaving a **balance of $295.87**:

```
09/24/2012    $19.87
10/04/2012    $10.26
10/12/2012    $24.00
```

Although the court granted plaintiff's motion to voluntarily dismiss this action on May 23, 2014, he still is responsible for the balance of the filing fee, pursuant to 28 U.S.C. § 1915(b)(1), to be paid as follows:

> . . . [T]he prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

28 U.S.C. § 1915(b)(2).

**ACCORDINGLY,** plaintiff is directed to pay the **$295.87 balance** of his filing fee, as directed by this court and pursuant to 28 U.S.C. § 1915. The Court Clerk is directed to send a copy of this Opinion and Order to plaintiff's custodian and to the trust fund officer at his facility.

**IT IS ORDERED** this 23rd day of June, 2014.

James H. Payne
United States District Judge
Eastern District of Oklahoma